```
                        United States Bankruptcy Court
                        Middle District of North Carolina

In re:                                                    Case No. 19-80172-bak
Jared Montana Jackson                                     Chapter 13
      Debtor
                            CERTIFICATE OF NOTICE
District/off: 0418-1           User: admin              Page 1 of 2           Date Rcvd: Mar 06, 2019
                               Form ID: 309I            Total Noticed: 23


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2019.
db            +Jared Montana Jackson,    4225 Larchmont Rd Apt 1005,   Durham, NC 27707-5968
tr            +Richard M. Hutson, II,    Durham Chapter 13 Office,   302 East Pettigrew St., Suite B-140,
               P. O. Box 3613,   Durham, NC 27702-3613
785956183      Best Buy,   Attn: Officer or Managing Agent,    P O BOX 790441,   Saint Louis, MO 63179-0441
785956184     +Brent C. Wootton,    3200 Croasdaile Dr, Ste 504,   Durham, NC 27705-6804
785956189     +CIVIL PROCESS CLERK,    United States Attorney's Office,   Middle Distric of North Carolina,
               101 South Edgeworth St-4th Floor,    Greensboro, NC 27401-6045
785956187     +Citibank North America,   Attn: Officer or Managing Agent,    Po Box 790034,
               St Louis, MO 63179-0034
785956193     +Employment Security Commission,    Attn Managing Agent,   POB 26504,   Raleigh, NC 27611-6504
785956199     +Paypal Credit,   Attn: Officer or Managing Agent,    P.O. Box 5138,
               Lutherville Timonium, MD 21094-5138
785956200     +Sofi Lending Corp,   Attn: Officer or Managing Agent,    375 Healdsburg Avenue Suite 280,
               Healdsburg, CA 95448-4151
785956202     +US Attorney General,   US Dept of Justice,    Attn Managing Agent,   950 Pennsylvania Ave,
               Washington, DC 20530-0009
785956203     +US Attorneys Office (Middle District),    Attn: managing agent,
               101 South Edgeworth St, 4th Floor,    Greensboro, NC 27401-6045

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty            E-mail/Text: carolwwlaw@gmail.com Mar 06 2019 18:32:22     Brent Clifton Wootton,
               Wootton and Wootton,   Suite 504,   3200 Croasdaile Dr.,   Durham, NC  27705
ust           +E-mail/Text: bancm_ecf@ncmba.uscourts.gov Mar 06 2019 18:32:55     William P. Miller,
               Bankruptcy Administrator,   101 South Edgeworth Street,   Greensboro, NC 27401-6024
785956185     +EDI: CHASE.COM Mar 06 2019 23:23:00     Chase Card Services,   Attn Officer or Managing Agent,
               Po Box 15298,   Wilmington, DE 19850-5298
785956188     +EDI: CITICORP.COM Mar 06 2019 23:23:00     Citicards Cbna,   Attn: Officer or Managing Agent,
               Po Box 6077,   Sioux Falls, SD 57117-6077
785956190     +E-mail/Text: bankruptcy@firstpointcollectionresources.com Mar 06 2019 18:33:21
               Credit Bureau,   ATTN Managing Agent,   POB 26140,   Greensboro, NC 27402-6140
785956191     +EDI: DISCOVER.COM Mar 06 2019 23:23:00     Discover Financial,   Po Box 3025,
               Attn: Officer or Managing Agent,    New Albany, OH 43054-3025
785956192      E-mail/Text: taxbk@dconc.gov Mar 06 2019 18:32:23     Durham County Tax Collector,
               Attn Managing Agent,   POB 3397,   Durham, NC 27702-3397
785956195      EDI: IRS.COM Mar 06 2019 23:23:00     IRS,   2303 West Meadowview Rd Ste 200,
               Attn Managing Agent,   Greensboro, NC 27407-3703
785956196     +EDI: NCDEPREV.COM Mar 06 2019 23:23:00     NC DEPARTMENT OF REVENUE******,   Attn: Bankruptcy,
               P O Box 1168,   Raleigh, NC 27602-1168
785956197      E-mail/Text: cmclennan@ncdoj.gov Mar 06 2019 18:32:55     NC Dept of Justice,
               Attn: Managing Agent,   P O Box 629,   Raleigh, NC 27602-0629
785956198     +EDI: NCDEPREV.COM Mar 06 2019 23:23:00     NC Dept. of Revenue,   Attn Managing Agent,
               Box 25000,   Raleigh, NC 27640-0100
785956201     +EDI: RMSC.COM Mar 06 2019 23:23:00     Synchrony Bank/Amazon,   Attn: Officer or Managing Agent,
               Po Box 965060,   Orlando, FL 32896-5060
                                                                                               TOTAL: 12

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
785956186*    +Chase Card Services,   Attn: Officer or Managing Agent,    Po Box 15298,
               Wilmington, DE 19850-5298
785956194*    +IRS,   P O Box 7346,   Attn:  Managing Agent,   Philadelphia, PA 19101-7346
                                                                                 TOTALS: 0, * 2, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2019                                          Signature:  /s/Joseph Speetjens

```
District/off: 0418-1          User: admin              Page 2 of 2            Date Rcvd: Mar 06, 2019
                              Form ID: 309I            Total Noticed: 23
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2019 at the address(es) listed below:
              Brent Clifton Wootton    on behalf of Debtor Jared Montana Jackson carolwwlaw@gmail.com,
               notices@ncbills.com
              Richard M. Hutson, II    office@c13dur.com
                                                                                            TOTAL: 2
```

| Information to identify the case: | | | | |
|---|---|---|---|---|
| Debtor 1 | **Jared Montana Jackson** | | Social Security number or ITIN | **xxx–xx–1881** |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Middle District of North Carolina** | | Date case filed for chapter 13 | **3/5/19** |
| Case number: | **19–80172** | | | |

Official Form 309I
## Notice of Chapter 13 Bankruptcy Case                                                12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Jared Montana Jackson | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 4225 Larchmont Rd Apt 1005<br>Durham, NC 27707 | |
| 4. | **Debtor's attorney**<br>Name and address | Brent Clifton Wootton<br>Wootton and Wootton<br>Suite 504<br>3200 Croasdaile Dr.<br>Durham, NC 27705 | Contact phone 919–382–3065<br>Email: carolwwlaw@gmail.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Richard M. Hutson II<br>Durham Chapter 13 Office<br>302 East Pettigrew St., Suite B–140<br>P. O. Box 3613<br>Durham, NC 27702 | Contact phone (919) 688–8065<br>Email: |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | P.O. Box 26100<br>Greensboro, NC 27402–6100 | Hours open:<br>Monday–Friday 8:00 AM – 5:00 PM<br>Contact phone (336) 358–4000<br>Date: 3/6/19 |

**For more information, see page 2**

Debtor **Jared Montana Jackson**                                                                                                              Case number **19–80172**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 5, 2019 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**Creditors Meeting Room, Venable Center, Dibrell Building – Suite 280, 302 East Pettigrew Street, Durham, NC 27701** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br><br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f) or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 6/4/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 5/14/19** |
| | **Deadline for governmental units to file a proof of claim:** | **180 days from date of Order for Relief** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial.<br>**Claims can be filed electronically through the court's website at: It is recommended that secured claims are filed prior to the date of the creditors meeting.**<br><br>**If filing by paper, see the Explanations page for information on obtaining a proof of claim form.** | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has not filed a plan as of this date. A copy of the plan and a notice of the hearing on confirmation will be sent separately. | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |

**NOTICE: STATE OR FEDERALLY ISSUED PHOTO ID IS REQUIRED TO ENTER THE BUILDING. CELL PHONES OR WEAPONS ARE NOT ALLOWED. Public parking is not available at Court site. Please visit www.ncmb.uscourts.gov under Court Info, for parking information.**