UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

IN RE:
  JARED MONTANA JACKSON                              CASE NO. 19-80172
  4225 LARCHMONT RD APT 1005                         JUDGE BENJAMIN A. KAHN
  DURHAM, NC  27707

         DEBTOR

  SSN(1) XXX-XX-1881                                 DATE: 10/09/2019

───────────────────────────────────────────────────────────────────
                        REPORT OF FILED CLAIMS
───────────────────────────────────────────────────────────────────

   Pursuant to 11 U.S.C. §704(5), the trustee has examined the proofs of claims filed in this case and objected to the allowance of such claims as appeared to be improper except where no purpose would have been served by such objection.  After such examination and objections, if any, the trustee states that claims should be deemed allowed or "not filed" as indicated below.

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| BEST BUY<br>ATTN: OFFICER OR MANAGING AGENT<br>P O BOX 790441<br>SAINT LOUIS, MO  63179-0441 | $0.00<br>INT:  .00%<br>NAME ID: 292705<br>CLAIM #: 0005 | UNSECURED<br>NOT FILED<br>ACCT: 5132<br>COMMENT: |
| CHASE BANK USA<br>% JPMORGAN CHASE<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $17,452.94<br>INT:  .00%<br>NAME ID: 295617<br>CLAIM #: 0006 | UNSECURED<br><br>ACCT: 5938<br>COMMENT: |
| CHASE BANK USA<br>% JPMORGAN CHASE<br>P O BOX 15368<br>WILMINGTON, DE  19850 | $10,262.77<br>INT:  .00%<br>NAME ID: 295617<br>CLAIM #: 0007 | UNSECURED<br><br>ACCT: 4281<br>COMMENT: |
| CITIBANK NA<br>PY DEPT SUITE 910<br>6716 GRADE LN BLDG 9<br>LOUISVILLE, KY  40213 | $267.67<br>INT:  .00%<br>NAME ID: 296244<br>CLAIM #: 0008 | UNSECURED<br><br>ACCT: 2852<br>COMMENT: BEST BUY VISA |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH  43054-3025 | $8,860.85<br>INT:  .00%<br>NAME ID: 262209<br>CLAIM #: 0010 | UNSECURED<br><br>ACCT: 0887<br>COMMENT: |
| INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 | $2,999.00<br>INT:  .00%<br>NAME ID: 400<br>CLAIM #: 0001 | PRIORITY<br><br>ACCT: 1881<br>COMMENT: 18 INCOME TAX |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | $7,723.53<br>INT:  .00%<br>NAME ID: 91530<br>CLAIM #: 0009 | UNSECURED<br><br>ACCT: 5998<br>COMMENT: CITIBANK NA |
| NC DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>OFFICE SERVICE DIV<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 | $162.00<br>INT:  .00%<br>NAME ID: 402<br>CLAIM #: 0002 | PRIORITY<br><br>ACCT: 1881<br>COMMENT: 18 INCOME TAX |

| NAME & ADDRESS OF CREDITOR | AMOUNT | CLASSIFICATION |
|---|---|---|
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA 23541 | $668.13<br>INT: .00%<br>NAME ID: 30762<br>CLAIM #: 0014 | UNSECURED<br><br>ACCT: 5911<br>COMMENT: SYNCHRONY BANK/AMAZON.COM |
| SOFI LENDING CORP<br>P O BOX 654158<br>DALLAS, TX 75265 | $16,830.17<br>INT: .00%<br>NAME ID: 291704<br>CLAIM #: 0012 | UNSECURED<br><br>ACCT: 1881<br>COMMENT: |
| SOFI LENDING CORP<br>P O BOX 654158<br>DALLAS, TX 75265 | $12,184.76<br>INT: .00%<br>NAME ID: 291704<br>CLAIM #: 0013 | UNSECURED<br><br>ACCT: 1881<br>COMMENT: |
| SYNCHRONY BANK<br>C/O WEINSTEIN & RILEY PS<br>P O BOX 3978<br>SEATTLE, WA 98124 | $591.50<br>INT: .00%<br>NAME ID: 293395<br>CLAIM #: 0011 | UNSECURED<br><br>ACCT: 5587<br>COMMENT: COMENITY CAPITAL BANK |
| SYNCHRONY BANK<br>% PRA RECEIVABLES MANAGEMENT LLC<br>P O BOX 41021<br>NORFOLK, VA 23541 | $0.00<br>INT: .00%<br>NAME ID: 278177<br>CLAIM #: 0015 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>ATTN MANAGING AGENT<br>950 PENNSYLVANIA AVE<br>WASHINGTON, DC 20530 | $0.00<br>INT: .00%<br>NAME ID: 258605<br>CLAIM #: 0003 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| US ATTORNEYS OFFICE (MIDDLE DISTRICT)<br>ATTN: MANAGING AGENT<br>101 SOUTH EDGEWORTH ST, 4TH FLOOR<br>GREENSBORO, NC 27401 | $0.00<br>INT: .00%<br>NAME ID: 252614<br>CLAIM #: 0004 | NOTICES ONLY<br>NOT FILED<br>ACCT:<br>COMMENT: |
| VERIZON<br>BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 4457<br>HOUSTON, TX 77210-4457 | $131.74<br>INT: .00%<br>NAME ID: 297924<br>CLAIM #: 0016 | UNSECURED<br><br>ACCT: 0001<br>COMMENT: |
| **TOTAL:** | **$78,135.06** | |
| BRENT CLIFTON WOOTTON<br>WOOTTON AND WOOTTON<br>3200 CROASDAILE DR STE 504<br>DURHAM, NC 27705 | $4,500.00 | ATTORNEY FEE |

RICHARD M. HUTSON, II  
3518 Westgate Drive, Suite 400  
Durham, NC 27707-2560

NOTICE OF FILING OF REPORT OF FILED CLAIMS

The foregoing Report of Filed Claims has been filed with the Bankruptcy Court based on an audit of claims filed in the Trustee's office. The claims are allowed unless objection is made by the Debtor or other party in interest.

Any objection to a claim should be filed in writing with the Bankruptcy Court at the address below and a copy must be served on the Trustee:

>Clerk, U.S. Bankruptcy Court
>101 S. Edgeworth Street
>P.O. Box 26100
>Greensboro, NC  27420-6100

If an objection is filed, a hearing will be scheduled before the Court. The Trustee will continue making disbursements on the claims unless an objection is filed.

Date:  10/09/2019                              OFFICE OF THE CHAPTER 13 TRUSTEE

By: /s/  Brenda Nelms
Clerk
Chapter 13 Office
3518 Westgate Drive, Suite 400
Durham, NC  27707-2560

cc: Debtor
    Attorney for Debtor - Electronic Notice