UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

| In re: | Case No. 19-80172 |
|---|---|
| JARED MONTANA JACKSON | Chapter 13 |
| Debtor(s) | |

## FRBP 2012 REPORT ACCOUNTING OF PRIOR ADMINISTRATION OF CASE AND NOTICE OF OBJECTION PERIOD

Richard M. Hutson II, former Chapter 13 Trustee for the period from the petition date through September 30, 2022 and Anita Jo Kinlaw Troxler, successor Chapter 13 Trustee, for the above-captioned case, submit the following accounting of the estate pursuant to 11 U.S.C. §1302(b) and pursuant to Federal Rules of Bankruptcy Procedure 2012(b)(2).

**Receipts:**

| | | |
|---|---|---|
| Total paid by or on behalf of the debtor | $29,299.24 | |
| Less amount refunded to debtor | $0.00 | |
| **NET RECEIPTS:** | | **$29,299.24** |

**Expenses of Administration:**

| | | |
|---|---|---|
| Attorney's Fees Paid Through the Plan | $4,500.00 | |
| Court Costs | $0.00 | |
| Trustee Expenses & Compensation | $2,371.53 | |
| Other | $0.00 | |
| Secured Creditors | $0.00 | |
| Priority Creditors | $3,161.00 | |
| General Unsecured Creditors | $19,194.86 | |
| **Total Disbursements & Expense of Administration:** | | **$29,227.39** |

| | |
|---|---|
| **Balance Transferred to Successor Trustee** | **$71.85** |

If you have an objection to the accounting, you may file a written objection to the accounting with the Clerk, U.S. Bankruptcy Court, via CM/ECF or at U.S. Bankruptcy Court, P.O. Box 26100, Greensboro, NC 27402-6100. If no objection is filed within thirty (30) days from the date of this Notice, the accounting shall be approved. If an objection is filed, a hearing may be scheduled.

Dated: 10/01/2022

/s/ Richard M. Hutson II
Chapter 13 Former Trustee
3518 Westgate Drive, Suite 400
Durham, NC  27707

/s/ Anita Jo Kinlaw Troxler
Chapter 13 Sucessor Trustee
P. O. Box 1720
Greensboro, NC  27402-1720