# WOOTTON AND WOOTTON, PC

Attorneys and Counsellors at Law
3200 Croasdaile Drive, Suite 504
Durham, NC  27705
Phone (919) 382-3065
Fax (919) 382-2042

2-17-23

NEW ADDRESS

Jared Montana Jackson

Ch 13 #19-80172

168 Allens Chapel Church Rd
Roxboro, NC 27574