C-13-16(FTP)
(Rev.8/18)

# UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
### DURHAM DIVISION

In Re:

| | |
|---|---|
| JACKSON, JARED MONTANA<br>168 ALLENS CHAPEL CHURCH RD<br>ROXBORO, NC 27574<br><br>xxx-xx-1881<br><br>Debtor(s) | Case Number: 19-80172 C-13D |

## NOTICE OF COMPLETION OF PLAN PAYMENTS
## TO CHAPTER 13 TRUSTEE

The undersigned Trustee hereby notifies the Court and other interested parties that all payments to the Trustee have been completed pursuant to the confirmed plan.

Date: April 12, 2024

s/Anita Jo Kinlaw Troxler
Standing Trustee
P.O. Box 1720
Greensboro, NC  27402-1720
(336) 378-9164

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

| | | |
|---|---|---|
| JACKSON, JARED MONTANA<br>168 ALLENS CHAPEL CHURCH RD<br>ROXBORO, NC 27574<br><br>xxx-xx-1881<br>Debtor(s) | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case Number: 19-80172 C-13D |

**CERTIFICATE OF SERVICE**

THIS IS TO CERTIFY that on the below date, the undersigned served a copy of the **NOTICE OF COMPLETION OF PLAN PAYMENTS TO CHAPTER 13 TRUSTEE** by depositing the same, enclosed in a postpaid wrapper, properly addressed to the following parties in interest, at their last known addresses as shown below, in a post office or official depository under the exclusive care and custody of the United States Postal Service:

JARED MONTANA JACKSON
168 ALLENS CHAPEL CHURCH RD
ROXBORO, NC 27574

BRENT CLIFTON WOOTTON ESQ
WOOTTON AND WOOTTON
3200 CROASDAILE DR STE 504
DURHAM, NC   27705

Date:  April 12, 2024

s/Loretta Colfax
Chapter 13 Office
Greensboro, North Carolina