(8/2017)

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In re:

    JARED MONTANA JACKSON

              Debtor(s)

SSN(1) XXX-XX-1881

Case No. 19-80172
Judge Benjamin A. Kahn

### CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT

Anita Jo Kinlaw Troxler, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 03/05/2019.

2) The plan was confirmed on 06/05/2019.

3) The case was completed on 03/08/2024.

4) Number of months from filing to last payment: 60.

5) Number of months case was pending: 62.

6) All checks distributed by the trustee relating to this case have cleared the bank.

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $41,768.75 |
| Less amount refunded to debtor | $368.75 |
| **NET RECEIPTS:** | **$41,400.00** |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $4,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $3,130.84 |
| Other | $19.50 |
| **TOTAL EXPENSES OF ADMINISTRATION:** | **$7,650.34** |

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BEST BUY | Unsecured | 267.67 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 17,392.00 | 17,452.94 | 17,452.94 | 7,120.62 | 0.00 |
| CHASE BANK USA | Unsecured | 10,262.00 | 10,262.77 | 10,262.77 | 4,187.11 | 0.00 |
| DISCOVER BANK | Unsecured | 8,906.00 | 8,860.85 | 8,860.85 | 3,615.14 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 3,053.00 | 2,999.00 | 2,999.00 | 2,999.00 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 7,057.00 | 7,723.53 | 7,723.53 | 3,151.12 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 591.60 | 591.50 | 591.50 | 241.33 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 16,979.00 | 16,830.17 | 16,830.17 | 6,866.53 | 0.00 |
| LVNV FUNDING LLC | Unsecured | 12,218.00 | 12,184.76 | 12,184.76 | 4,971.26 | 0.00 |
| N C DEPARTMENT OF REVENUE | Priority | 125.00 | 162.00 | 162.00 | 162.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC LLC | Unsecured | 708.00 | 668.13 | 668.13 | 272.59 | 0.00 |
| PRA RECEIVABLES MANAGEMENT L | Unsecured | 107.00 | 267.67 | 267.67 | 109.21 | 0.00 |
| VERIZON BY AMERICAN INFOSOURC | Unsecured | NA | 131.74 | 131.74 | 53.75 | 0.00 |

| Summary of Disbursements to Creditors: | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $0.00 | $0.00 | $0.00 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$0.00** | **$0.00** | **$0.00** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $3,161.00 | $3,161.00 | $0.00 |
| **TOTAL PRIORITY:** | **$3,161.00** | **$3,161.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$74,974.06** | **$30,588.66** | **$0.00** |

**Disbursements:**

| | |
|---|---|
| Expenses of Administration | $7,650.34 |
| Disbursements to Creditors | $33,749.66 |
| **TOTAL DISBURSEMENTS :** | **$41,400.00** |

7) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/08/2024                              By: /s/ Anita Jo Kinlaw Troxler
                                                                              Trustee

xc  JARED MONTANA JACKSON
    U.S. BANKRUPTCY ADMIN
    BRENT CLIFTON WOOTTON ESQ
    WOOTTON AND WOOTTON
    3200 CROASDAILE DR STE 504
    DURHAM, NC 27705

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.