UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF NORTH CAROLINA

RE:
JARED MONTANA JACKSON  　　　　　　　　　　　　　CASE NO. 19-80172 C-13D
168 ALLENS CHAPEL CHURCH RD  　　　　　　　　　　JUDGE BENJAMIN A. KAHN
ROXBORO, NC  27574
　　　　Debtor

SSN(1) XXX-XX-1881  　　　　　　　　　　　　　　　　DATE:  05/17/2024

## NOTICE OF FILING OF TRUSTEE'S FINAL REPORT

The above named Debtor(s) filed a petition commencing a case under Chapter 13 of the Bankruptcy Code on March 05, 2019.  A plan was confirmed by the Court and the Debtor has completed all payments under the plan.  The Trustee has filed a Final Report showing the following in reference to your claim:

| Claim Number | Claim Filed / Not Filed | Account Number | Amount Allowed | Amount Paid |
|---|---|---|---|---|
| Clerk, U.S. Bankruptcy Court | | | | $0.00 |

A full copy of the Final Report is on file with the Clerk.  If you did not receive the amount paid from the Trustee, you may file a written objection to the Trustee's Final Report with the Clerk's Office.  If no objection is filed within thirty (30) days from the date of this Notice, the Final Report shall be approved.  If an objection is filed, a hearing may be scheduled.

ATTORNEY FOR THE DEBTOR(S):  　　　　　TRUSTEE:
BRENT CLIFTON WOOTTON ESQ  　　　　　　ANITA JO KINLAW TROXLER, TRUSTEE
WOOTTON AND WOOTTON  　　　　　　　　　500 W FRIENDLY AVE STE 200
3200 CROASDAILE DR STE 504  　　　　　　　P O BOX 1720
DURHAM, NC  27705  　　　　　　　　　　　　GREENSBORO, NC  27402-1720


　　　　　　　　　　　　　　　　　　　　　　　　　DATED: May 17, 2024
ADDRESSEE:  　　　　　　　　　　　　　　　　FOR THE COURT:
REID WILCOX  　　　　　　　　　　　　　　　 REID WILCOX
CLERK, U.S. BANKRUPTCY COURT  　　　　　CLERK, U.S. BANKRUPTCY COURT
P.O. BOX 26100  　　　　　　　　　　　　　　P.O. BOX 26100
GREENSBORO, NC  27402  　　　　　　　　　GREENSBORO, NC  27402

| | |
|---|---|
| JARED MONTANA JACKSON | Case No. 19-80172 C-13D |

## NOTICE OF FILING OF TRUSTEE'S FINAL REPORT
## CERTIFICATE OF SERVICE

I hereby certify that Notice of Filing of Trustee's Final Report was sent by first class mail to the below listed parties at the addresses supplied as follows:

| | |
|---|---|
| JARED MONTANA JACKSON<br>168 ALLENS CHAPEL CHURCH RD<br>ROXBORO, NC  27574 | BRENT CLIFTON WOOTTON ESQ<br>WOOTTON AND WOOTTON<br>3200 CROASDAILE DR STE 504<br>DURHAM, NC  27705 |
| BEST BUY<br>ATTN: OFFICER OR MANAGING AGENT<br>P O BOX 790441<br>SAINT LOUIS, MO  63179-0441 | CHASE BANK USA<br>% JPMORGAN CHASE<br>P O BOX 15368<br>WILMINGTON, DE  19850 |
| DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>P O BOX 3025<br>NEW ALBANY, OH  43054-3025 | INTERNAL REVENUE SERVICE<br>P O BOX 7317<br>PHILADELPHIA, PA  19101-7317 |
| LVNV FUNDING LLC<br>% RESURGENT CAPITAL SERVICES<br>P O BOX 10587<br>GREENVILLE, SC  29603-0587 | N C DEPARTMENT OF REVENUE<br>BANKRUPTCY UNIT<br>P O BOX 1168<br>RALEIGH, NC  27602-1168 |
| PORTFOLIO RECOVERY ASSOC LLC<br>P O BOX 12914<br>NORFOLK, VA  23541 | PRA RECEIVABLES MANAGEMENT LLC<br>AGENT OF PORTFOLIO RECOVERY ASSOC<br>P O BOX 12914<br>NORFOLK, VA  23541 |
| US ATTORNEY GENERAL<br>US DEPT OF JUSTICE<br>ATTN MANAGING AGENT<br>950 PENNSYLVANIA AVE<br>WASHINGTON, DC  20530 | US ATTORNEYS OFFICE (MIDDLE DISTRICT)<br>ATTN: MANAGING AGENT<br>101 SOUTH EDGEWORTH ST, 4TH FLOOR<br>GREENSBORO, NC  27401 |
| VERIZON BY AMERICAN INFOSOURCE AS AGENT<br>P O BOX 4457<br>HOUSTON, TX  77210-4457 | |

JARED MONTANA JACKSON                                          Case No. 19-80172 C-13D

## NOTICE OF FILING OF TRUSTEE'S FINAL REPORT
## CERTIFICATE OF SERVICE
## (CONTINUED)

REID WILCOX (ELECTRONIC SERVICE)
Clerk, U.S. Bankruptcy Court
P.O. Box 26100
Greensboro, NC  27402


Date:   May 17, 2024                                /s/  Gail Newsome

                                                    Chapter 13 Office
                                                    Middle District of North Carolina, North Carolina