NCMB-1330 (04/22)

**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF NORTH CAROLINA**

IN Re:                                    )
                                          )
Jared Montana Jackson                     )        Case Number 19-80172
                                          )        Chapter 13

**DEBTOR'S MOTION FOR ENTRY OF DISCHARGE,**
**CERTIFICATION REGARDING PLAN COMPLETION, AND**
**STATEMENT REGARDING BANKRUPTCY RULE 1007(b)(8)**

The Debtor makes the following statements and certifications:

1. I have completed making all payments under the Plan.

2. I have completed an instructional course concerning personal financial management and a certificate regarding my attendance has been filed with the Court.

3. I have not received a Chapter 7, 11, or 12 discharge in a prior case filed within four years preceding the filing of the current Chapter 13 case.

4. I have not received a Chapter 13 discharge in a prior case filed within two years preceding the filing of the current Chapter 13 case.

5. [X] I am not required to pay any Domestic Support Obligations required by judicial or administrative order, or by statute.
   OR
   [ ] I am required to pay Domestic Support Obligations required by judicial or administrative order, or by statute, and all amounts payable under such obligations are paid as of this date, including amounts that were due before the petition was filed, to the extent provided for by the plan, and I have filed the Debtor's Disclosure of Information Regarding Domestic Support Obligations with the Chapter 13 Trustee's Office.

6A. [X] I did not elect to use my State exemptions to exempt any amount of an interest in real property with a value exceeding $155,675 if this case was filed on or after April 1, 2013 but before April 1, 2016; $160,375 if this case was filed on or after April 1, 2016 but before April 1, 2019; $170,350 if this case was filed on or after April 1, 2019 but before April 1, 2022; or $189,050 if the case was filed on or after April 1, 2022.
**IF YOU CHECKED BOX 6A, OMIT 6B.**

I declare under penalty of perjury that the information provided in this certification and motion is true and correct and move the Court to enter a discharge in this case.

Dated 5-20-24                              /s/  Jared Montana Jackson
                                           Jared Montana Jackson

CERTIFICATE OF SERVICE
19-80172

I <u>Carol M. Rollins</u> hereby certify that a copy of the foregoing Motion for Entry of Discharge, Certification Regarding Plan Completion, and Statement Regarding Rule 1007(b)(8) has been served on the Chapter 13 Trustee, all creditors, and parties in interest in this case.

<u>5-22-24</u>                              <u>/s/ Carol M Rollins</u>
Date                                       Carol M Rollins

Anita Jo Kinlaw Troxler
Chapter 13 Trustee

### *Creditors*

**Best Buy**
Attn: Officer or Managing Agent
P O BOX 790441
Saint Louis, MO 63179-0441

**Brent C. Wootton**
3200 Croasdaile Dr, Ste 504
Durham, NC 27705

**Chase Bank USA, N.A.**
c/o National Bankruptcy Services, LLC
P.O. Box 9013
Addison, TX 75001

**Chase Card Services**
Attn Officer or Managing Agent
Po Box 15298
Wilmington, DE 19850

**Chase Card Services**
Attn: Officer or Managing Agent
Po Box 15298
Wilmington, DE 19850

**Citibank North America**
Attn: Officer or Managing Agent
Po Box 790034
St Louis, MO 63179

**Citibank, N.A.**
701 East 60th Street North
Sioux Falls, SD 57117

**Citicards Cbna**
Attn: Officer or Managing Agent
Po Box 6077
Sioux Falls, SD 57117

**CIVIL PROCESS CLERK**
United States Attorney's Office
Middle Distric of North Carolina
101 South Edgeworth St-4th Floor
Greensboro, NC 27401

**Credit Bureau**
ATTN Managing Agent
POB 26140
Greensboro, NC 27402

**Discover Bank**
Discover Products Inc.
PO Box 3025
New Albany, OH 43054-3025

**Discover Financial**
Po Box 3025
Attn: Officer or Managing Agent
New Albany, OH 43054

**Durham County Tax Collector**
Attn Managing Agent
POB 3397
Durham, NC 27702-3397

**Employment Security Commission**
Attn Managing Agent
POB 26504
Raleigh, NC 27611

**IRS**
P O Box 7346
Attn: Managing Agent
Philadelphia, PA 19101

**IRS**
2303 West Meadowview Rd Ste 200
Attn Managing Agent
Greensboro, NC 27407-3703

**Jason A. Cottrill**
P.O. BOX 9013
ADDISON, TX 75001

**LVNV Funding LLC**
PO Box 10587
Greenville, SC 29603-0587

**LVNV Funding LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC
29603-0587

**LVNV Funding LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC
29603-0587

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Mukta Suri**
P.O. Box 9013
Addison, TX 75001

**NC DEPARTMENT OF REVENUE******
Attn: Bankruptcy
P O Box 1168
Raleigh, NC 27602

**NC Dept of Justice**
Attn: Managing Agent
P O Box 629
Raleigh, NC 27602-0629

**NC Dept. of Revenue**
Attn Managing Agent
Box 25000
Raleigh, NC 27640

**North Carolina Department of Revenue**
Bankruptcy Unit
P.O. Box 1168
Raleigh, NC 27602-1168

**Paypal Credit**
Attn: Officer or Managing Agent
P.O. Box 5138
Lutherville Timonium, MD 21094

**Portfolio Recovery Associates, LLC**
POB 41067
Norfolk, VA 23541

**Portfolio Recovery Associates, LLC**
PO Box 41067
Norfolk, VA 23541

**Sofi Lending Corp**
Attn: Officer or Managing Agent
375 Healdsburg Avenue Suite 280
Healdsburg, CA 95448

**SoFi Lending Corp**
One Letterman Dr Bldg A Ste 4700
San Francisco, CA 94129

**SYNCHRONY BANK**
C/O WEINSTEIN & RILEY, PS
2001 WESTERN AVENUE, STE 400
SEATTLE, WA 98121

**Synchrony Bank**
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

**Synchrony Bank/Amazon**
Attn: Officer or Managing Agent
Po Box 965060
Orlando, FL 32896

**US Attorney General**
US Dept of Justice
Attn Managing Agent
950 Pennsylvania Ave
Washington, DC 20530

**US Attorneys Office (Middle District)**
Attn: managing agent
101 South Edgeworth St, 4th Floor
Greensboro, NC 27401

**Verizon by American InfoSource as agent**
4515 N Santa Fe Ave
Oklahoma City, OK 73118