Form 211

# UNITED STATES BANKRUPTCY COURT
Middle District of North Carolina

101 S. Edgeworth Street  
Greensboro, NC 27401

Bankruptcy Case No.: 19−80172

IN THE MATTER OF:  
Jared Montana Jackson     xxx−xx−1881  
168 Allens Chapel Church Rd  
Roxboro, NC 27574

Debtor(s)

## FINAL DECREE

**IT APPEARING** that the Chapter 13 Standing Trustee has filed the Final Report for the above referenced case; that notice has been given to the Bankruptcy Administrator and parties in interest pursuant to Rule 5009; that the Court has ruled on objections, if any, filed to the Final Report; and that the estate has been fully administered; it is therefore

**ORDERED** that Anita Jo Kinlaw Troxler , Standing Trustee, shall be, and hereby is, discharged in this case; and it is further

**ORDERED** that the above−named case be, and hereby is, closed.

Dated: 7/10/24

Benjamin A. Kahn  
United States Bankruptcy Judge